March 25, 2026

SCANNED at CCC
and Emailed
3/30/26 by ___ . 13 pages
date     initials    No.

Dear Clerk: pursuant to Rule 3 of the Rules of Civil Procedure, I am having a facility staff member e-file my civil complaint to this Court for filing. I request that you please assign it a docket number and specifically inform me how much payment is due for this filing and to where and whom is this payment ought be sent to. Thank-you

By Plaintiff: _____ Winston B Tate

986 Norwich-New London TPKE

Uncasville, Connecticut

06382

United States
Middletown Connecticut

Winston Tate

vs sueing

Karli, Travis (Det)
Middletown Police Department

United States District Court

District of Connecticut

Date 3-25-2026

Complaint

① I, (Winston Tate) Plaintiff bring this sue against the defendent named in the Complaint are Karli Travis, Middletown Police Department.

a) Parsuant to Connecticut Practice book Section 10-30 ET, SEQ and 11-10 Defendents Karli, Travis & Middletown Police Dept I (Winston Tate) Submit this complaint in Federel Court this Day 3-25-2026

II

Plaintiff Winston Tate, is at all Dientioned here is a citizen of this state of Connecticut, thats incarcerated in the State of Connecticut

III Defendents

Karli Travis, Chief of Police, Middletown Police Dept

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Winston Tate

VS.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

(Def) Hurli TRAVIS

Middletown Police Department

Chief of Police

& Supervisors

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Complete every section and **SIGN PAGE 7.**

(rev. 11/7/22)

## A.   JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1.   ☑ State, county, or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2.   ☐ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B.   PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1.   First Plaintiff
   a.   Full Name:   Winston Tute

   b.   Inmate Number:   210710

   c.   Correctional facility:   Corrigan Correction Center

2.   Indicate whether you are a prisoner or other confined person as follows (check all that apply):

   ☑ Pretrial detainee

   ☐ Civil committed detainee

   ☐ Immigration detainee

   ☐ Convicted and sentenced state prisoner

   ☐ Convicted and sentenced federal prisoner

   ☐ Other (explain)_____

2

6. Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*. In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at: ___Corrigan CC___ on ___3-25-2026___
 (Location)                        (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.


## E.    REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

Please see following page: 5(a)

5

**C.    DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages. You may attach an additional page to add more defendants.

1.   First Defendant

    a.   Full Name: Kari Travis

    b.   Rank or Title: Criminal Detective

    c.   Workplace: Middletown Police Department

2.   Second Defendant

    a.   Full Name:

    b.   Rank or Title: Chief of Police

    c.   Workplace: Middltown Police Department

3.   Third Defendant

    a.   Full Name:

    b.   Rank or Title:

    c.   Workplace:

4.   Fourth Defendant

    a.   Full Name:

    b.   Rank or Title:

    c.   Workplace:

5.   Fifth Defendant

    a.   Full Name:

    b.   Rank or Title:

    c.   Workplace:

3

PARTY ADDENDUM PAGE

Plaintiff, Winston Tate, at the time of this violation was a U.S. citizen who resided in the town of Middletown Connecticut but who is now a pretrial detainee being housed at the facility of Corrigan Correction Center in Uncasville, Connecticut

Defendant, Kari Travis, at all times relevant of this violation was a detective within the Middletown Police Department in Middletown Connecticut. She is the Defendant who acted outside the scope of her employment at the time of the violation described herein and is being sued in her individual capacity for damages.

6.  Sixth Defendant

    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

## D.   REASON FOR COMPLAINT

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe 2, and so on.

**Now briefly describe the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrong actions.**

1.  Plaintiff, at all relevant times, is a United States Veteran, clinically diagnosed with Posttraumatic Stress Disorder, was on psychiatric medication at the time of the incident and is further diagnosed with the fight or fight condition from this time in his miltary service.

2.  On August 12, 2023 Defendant Travis arrived at Plaintiff residence, 195 Liberty Street for a wellness check previously called in.

3.  It is reasonably believed that the call-in for this wellness check was for that Plaintiff's wellbeing might be in jeopardy.

4.  A day prior to the actual incident (8-11-2023) and some hours before the actual incident some members of the Middletown Police Department had been actively harassing the Plaintiff at his residence

4

5. At approximately 6:00am on August 12, 2023 Plaintiff had been performing some repair works on his home when Defendant (Travis) and someone else, unbeknownst to Plaintiff, approached the Plaintiff's house in civilian clothing, armed with a handgun, shouting the Plaintiff's name for him to come outdoors with his hands up.

6. At no time before or during this encounter does the Plaintiff ever recall the Defendant ever identifying herself as a member of law enforcement.

7. Highly perplexed and frustrated by the boisterous vocal commotion, the Plaintiff abruptly ceased his repair works and rushed outside with his work hammer to identify the source.

8. When having exited his house, Plaintiff noticed an individual (the defendant) with a weapon (pistol) being raised or it having being raised already at him.

9. Instinctively from Plaintiff's military training and now having triggered the awful symptoms of his Posttraumatic Stress Disorder from his time in the United States military service, Plaintiff moved quickly towards the Defendant in hopes to successfully disarm her from hurting him.

10. All the while, in these milliseconds, Plaintiff yet did not hear the Defendant identify herself as law enforcement

4 (w)

11. Mere quick time fractions after those milliseconds did Plaintiff realize, on the morning of 8-12-2023 that Defendant unleashed a barrage of bullets that hit him once in the shoulder, hand, arm and stomach with a percieved enemy combatant's intent to kill him outside his home that day.

12. Subsequent to Defendant's intent to kill the Plaintiff, Plaintiff merely remembers waking up in Hartford Hospital on August 12, 2023 in unbearable pain.

## CAUSES OF ACTION

13. Defendant, on the day of the incident, was not reasonably objective in her actions against the Plaintiff when having used such near deadly force in light of the initial reason that she arrived was for a wellness check. Thus, this conduct bares down on this cause of action which is enforceable in this court and under its jurisdiction.

14. Plaintiff's rights under the Eighth Amendment to the United States Constitution was violated when Defendant knowingly used excessive and or near deadly force against an individual (plaintiff) for a wellness check in lieu of less lethal force (twser) or trained professionals in the area of dealing with wellness check interventions.

4(b)

## RELIEF SOUGHT

Wherefore, Plaintiff request that the court grant the following relief

A.  Award compensatory damages in the following amount:

1. $15,000,000,000.00 (fifteen million) in compensatory damages for physical and emotional injuries sustained of Defendant's attempted murder upon Plaintiff.

B.  Award punitive damages in the following amount:

1. $30,000,000,000.00 (Thirty million) against herein named Defendant (Travis)

C.  Grant such other relief as it may appear that Plaintiff is entitled

By Plaintiff
Winston B Tate

986 Norwich-New London, TPKE
Uncasville, Connecticut
06382

5(a)

**F.    DO YOU WISH TO HAVE A JURY TRIAL?    YES ☑ NO ☐**

**G.    PLAINTIFF'S CERTIFICATION AND WARNINGS**

Warning: You must sign this, or your complaint will not be filed.

By signing this complaint, I certify that I have read the following:

**Before you file your Complaint, contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1.    Failure to use the prison grievance process before suing: If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2.    Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3.    Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you.

4.    Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5.    Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison: If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

6